# APPENDIX C



Cassie McCrae
June 17, 2009

CCJ Low-Impact Coal: no mountains or communities were harmed in the mining of this coal.

Share



Sponsored · Create Ad



nTelos Back to School
ntelos.com
Go back to school with the new LG Optimus F7 smartphone. Only a penny for a limited time.

