IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**OHIO VALLEY ENVIRONMENTAL
COALITION, INC., et al.,**

    Plaintiffs,

v.                                                 Case No. 2:13-cv-21588
                                                   (Consolidated with 2:13-cv-16044)

**FOLA COAL COMPANY, LLC,**

    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Fola Coal Company, LLC, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order Regarding Injunctive Relief (ECF No. 161) entered in this action on June 7, 2016.

                                                         Respectfully submitted,

                                                         FOLA COAL COMPANY, LLC

                                                         By counsel

                                                         /s/ *Jennifer L. Hughes*
                                                         JENNIFER L. HUGHES, WVBN 9676
                                                         ROBERT G. McLUSKY, WVBN 2489
                                                         M. SHANE HARVEY, WVBN 6604
                                                         JACKSON KELLY PLLC
                                                         500 Lee Street E, Suite 1600
                                                         P.O. Box 553
                                                         Charleston, WV 25322
                                                         Phone: (304) 340-1000

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**OHIO VALLEY ENVIRONMENTAL
COALITION, INC., et al.,**

      **Plaintiffs,**

**v.**                                                                            Case No. 2:13-cv-21588
                                                                          (Consolidated with 2:13-cv-16044)

**FOLA COAL COMPANY, LLC,**

      **Defendant.**

## CERTIFICATE OF SERVICE

      I, Jennifer L. Hughes, hereby certify that on July 7, 2016, I electronically filed the foregoing *Notice of Appeal* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

J. Michael Becher, Esq.
Joseph M. Lovett, Esq.
Derek O. Teaney, Esq.
Appalachian Mountain Advocates
P.O. Box 507
Lewisburg, WV 24901
mbecher@appalmad.org
jlovett@appalmad.org

James M. Hecker, Esq.
Public Justice
1620 L Street NW, Suite 630
Washington, D.C. 20036
jhecker@publicjustice.net

                                                     /s/ *Jennifer L. Hughes*
                                                     JENNIFER L. HUGHES, WVBN 9676
                                                     JACKSON KELLY PLLC
                                                     500 Lee Street E, Suite 1600
                                                     P.O. Box 553
                                                     Charleston, WV 25322
                                                     Phone: (304) 340-1000

4822-0926-4436.v1